IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA L. DULL and HOLLY DULL,** : | **CIVIL ACTION NO. 1:07-CV-307** |
| Plaintiffs, : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **WEST MANCHESTER TOWNSHIP** : | |
| **POLICE DEPARTMENT**, *et al.*, : | |
| Defendants : | |

## ORDER

AND NOW, this 22nd day of September, 2009, it is hereby ORDERED that the pretrial conference is hereby **RESCHEDULED** to **Tuesday, September 29, 2009, at 10:30 a.m.**


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge