IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA L. DULL**, *et al.*,         : | **CIVIL ACTION NO. 1:07-CV-0307** |
|  Plaintiffs                                  : |  |
|                                                   : |  |
| v.                                             : |  |
|                                                   : | (Judge Conner) |
| **WEST MANCHESTER TOWNSHIP** : |  |
| **POLICE DEPARTMENT**, *et al.*,  : |  |
|  Defendants                              : |  |

## **ORDER**

AND NOW, this 23rd day of September, 2009, upon consideration of the correspondence from counsel for the West Manchester Township defendants (Doc. 120), which the court CONSTRUES as an unopposed motion to reschedule the pretrial conference and trial in the captioned matter, it is hereby ORDERED that said motion is GRANTED, as so construed. Accordingly, this case is continued from the October 2009 trial term to the **November 2009** trial term. The pretrial conference is continued from September 29, 2009, to **Thursday, October 22, 2009, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Proposed voir dire questions and proposed jury instructions are due by **Thursday, October 22, 2009**, and may be submitted at the pretrial conference. Jury selection for trials on the **November 2009** trial list will commence **at 9:30 a.m. on Monday, November 2, 2009**, also in Courtroom No. 2.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge